# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

: No. 361 Common Pleas Judicial
: Classification Docket
:
:
:

# O R D E R

**PER CURIAM:**

AND NOW, this 23rd day of December, 2019, upon consideration of the Petitions of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the assignment of Judges to divisions of the court, it is hereby ORDERED that the Petitions are granted and the following assignments are approved:

<u>Trial Division</u>

The Honorable Carmella Jacquinto
The Honorable James C. Crumlish, III
The Honorable Joshua Roberts
The Honorable Crystal Bryant Powell
The Honorable Anthony George Kyriakakis

<u>Family Division</u>

The Honorable Tiffany L. Palmer
The Honorable Jennifer Schultz